Laura Sixkiller (Bar No. 022014)
laura.sixkiller@dlapiper.com
Cole Schlabach (Bar No. 026364)
cole.schlabach@dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@dlapiper.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>INVENTURE FOODS INC., SECURITIES LITIGATION | CASE NO.: 2:17-cv-0910-HRH<br>(Consolidated with<br>2:17-cv-1258-HRH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable H. Russel Holland |

### PRELIMINARY STATEMENT

The parties hereby stipulate to the dismissal of the above-captioned action (the "Action") with prejudice by the undersigned Lead Plaintiffs Claudio Mantovani and Robert W. Richards (collectively, "Lead Plaintiffs") as to Inventure Foods, Inc. ("Inventure Foods"), Terry McDaniel, and Steven Weinberger (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, on June 27, 2017, Plaintiffs Claudio Mantovani and Robert W. Richards ("Plaintiffs") were appointed as the Lead Plaintiffs in this Action;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, the undersigned parties hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be dismissed, with the Lead Plaintiffs' individual claims dismissed with prejudice, with each side to bear its own attorneys' fees and costs incurred in connection with this Action;

2. The undersigned parties mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

3. This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by each affected party hereto, or by the authorized representative of each party; and

4. This Stipulation shall not be construed against the party preparing it, but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by all undersigned parties that this Action be dismissed with prejudice as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 28th day of August 2017.

| DLA PIPER LLP (US) | LEVI & KORSINSKY, LLP |
|---|---|
| LAURA SIXKILLER, Bar No. 022014<br>laura.sixkiller@dlapiper.com<br>COLE J. SCHLABACH, Bar No. 026364<br>cole.schlabach@dlapiper.com<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ  85016-4232<br>Telephone:   480.606.5100<br>Facsimile:    480.606.5101 | NICHOLAS I. PORRITT<br>nporritt@zlk.com<br>ADAM M. APTON<br>aapton@zlk.com<br>1101 30th Street NW, Suite 115<br>Washington, DC 20007<br>Telephone: 202.524.4290<br>Facsimile: 202.333.2121 |
| *Attorneys for Defendants Inventure Foods, Inc., Terry McDaniel, and Steven Weinberger* | *pro hac vice to be submitted if necessary*<br><br>*Attorneys for Movants Claudio Mantovani and Robert W. Richards* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2017, I electronically transmitted the following documents using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants: STIPULATION OF DISMISSAL WITH PREJUDICE.

