IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re )<br>)<br>INVENTURE FOODS, INC., )<br>SECURITIES LITIGATION )<br>)<br>_____) | No. 2:17-cv-0910-HRH<br>(Consolidated with<br>No. 2:17-cv-1258-HRH) |

O R D E R

Stipulation of Dismissal[1]

Lead plaintiffs in this consolidated Private Securities Litigation Reform Act case have stipulated for the dismissal of the case as to all defendants pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. In response to the court's case status order of August 31, 2017,[2] the parties have further explained the background and purpose of their stipulation.[3]

The parties' stipulation of August 28, 2017, is approved. This consolidated case is dismissed with prejudice as to lead plaintiffs Mantovani and Richards, but without prejudice as to all class members.

DATED at Anchorage, Alaska, this  13th  day of September, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 21.

[2]Docket No. 22.

[3]Docket No. 23.